UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICKEON GENE WASHINGTON,

        Petitioner,

vs.

Case No. 12-CV-15070
HON. GEORGE CARAM STEEH

PAUL KLEE,

        Respondent.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. #10) TO DENY PETITIONER'S APPLICATION FOR THE WRIT OF HABEAS CORPUS (DOC. # 1) AND DENYING A CERTIFICATE OF APPEALABILITY

    Before the court is petitioner Mickeon Washington's application for the writ of habeas corpus, which was referred to the magistrate judge for a report and recommendation. On July 31, 2013, Magistrate Judge Paul Komives issued his report, recommending that the court deny both the habeas corpus petition and a certificate of appealability.

    The magistrate judge specifically stated that any objections to his report must be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal. See Thomas v. Arn, 474 U.S. 140, 155 (1985). No such objections have been filed to date.

    The court has considered the petition and associated pleadings, finds the report and recommendation to be well-reasoned, and hereby adopts the result recommended therein as the determination of this court. Accordingly, petitioner's application for the writ of habeas corpus is hereby **DENIED**. Finding that petitioner has not made a substantial

showing of the denial of a constitutional right, the court will also **DENY** the issuance of a certificate of appealability.

    **IT IS SO ORDERED**.

Dated:  September 30, 2013

                      s/George Caram Steeh
                      GEORGE CARAM STEEH
                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 30, 2013, by electronic and/or ordinary mail and also on Mickeon Washington #368018, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI  49221.

s/Barbara Radke
Deputy Clerk

---